# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Opel,II, Robert N. | **2. Court or Organization**<br><br>US Bankruptcy - Middle of PA | **3. Date of Report**<br><br>05/10/2020 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Max Rosenn Federal Courthouse
197 South Main Street Suite 144
Wilkes-Barre PA 18701

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opel,II, Robert N. | 05/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern District Pennsylvania Bankruptcy Bar Association | 1/24/2019-1/25/2019 | Atlantic City, NJ | Bankruptcy Conference | Registration fee, lodging, meals, mileage |
| 2. | Middle District Bankruptcy Bar Association | 6/14/2019 | Grantville, PA | MDBBA Annual Conference | Registration fee, lodging, meals, mileage |
| 3. | Pennsylvania Bankruptcy Institute | 10/2/2019 | Mechanicsburg, PA | Bankruptcy Conference | Registration fee, lodging, meals, mileage |
| 4. | National Conference of Bankruptcy Judges | 10/29/2019-11/1/2019 | Washington, DC | Annual Meeting | Lodging, flight |
| 5. | Allegheny County Bar Association | 12/5/2019-12/6/2019 | Pittsburgh, PA | Bankruptcy Symposium | Registration fee, lodging, meals, mileage |

| Name of Person Reporting | Date of Report |
|---|---|
| Opel,II, Robert N. | 05/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opel,II, Robert N. | 05/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Broker Account 1: | | | | | | | | | |
| 2. Merrill Lynch Cash | | None | J | T | | | | | |
| 3. ML Bank Deposit Program | | None | J | T | | | | | |
| 4. Nuveen Mortgage Oprtnity | A | Dividend | | | Sold | 12/26/19 | J | | |
| 5. | | | | | | | | | |
| 6. Broker Account 2: | | | | | | | | | |
| 7. BLKRK 0-3 Years | A | Dividend | | | Sold | 03/29/19 | J | | |
| 8. BLKRK 4-7 Years | A | Dividend | | | Buy | 03/29/19 | J | | |
| 9. BLKRK 4-7 Years | A | Dividend | | | Sold | 10/29/19 | J | | |
| 10. BLKRK 2-4 Years | A | Dividend | J | T | Buy | 10/29/19 | J | | |
| 11. Ishares 0-3 Years | A | Dividend | | | Sold | 03/29/19 | J | | |
| 12. Ishares 4-7 Years | A | Dividend | | | Buy | 03/29/19 | J | | |
| 13. Ishares 4-7 Years | A | Dividend | | | Sold | 10/29/19 | J | | |
| 14. Ishares 2-4 Years | A | Dividend | J | T | Buy | 10/29/19 | J | | |
| 15. | | | | | | | | | |
| 16. Broker Account 3: | | | | | | | | | |
| 17. Merrill Lynch Cash | | None | | | Closed | 12/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opel,II, Robert N. | 05/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Bank of America, NA RASP | | None | | | Closed | 12/24/19 | J | | |
| 19.  US Treasury Bond | A | Dividend | | | Sold | 12/26/19 | J | | |
| 20.  American Capital Income | A | Dividend | | | Sold | 07/25/19 | J | | |
| 21.  Blackrock Global | A | Dividend | | | Sold | 07/25/19 | J | | |
| 22. | | | | | | | | | |
| 23.  Broker Account 4: | | | | | | | | | |
| 24.  Merrill Lynch Cash | | None | J | T | | | | | |
| 25.  Bank of America, NA RASP | | None | J | T | | | | | |
| 26.  American Capital Income | A | Dividend | | | Sold | 12/27/19 | J | | |
| 27.  Blackrock Global | A | Dividend | | | Sold | 12/27/19 | K | | |
| 28.  Davis NY Venture | A | Dividend | | | Sold | 12/27/19 | J | | |
| 29.  Nuveen Mortgage Oprtnity | A | Dividend | | | Sold | 12/27/19 | J | | |
| 30. | | | | | | | | | |
| 31.  PNC Bank Various Accounts | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opel,II, Robert N. | 05/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Robert N. Opel,II**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544